THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEPHANIE S. CHRISTENSEN (California Bar No. 236653)
Assistant United States Attorney
General Crimes Section
    14th Floor United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3756
    Facsimile: (213) 894-0141
    E-mail:   Stephanie.Christensen@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No. 03-890-TJH |
|     Plaintiff, | ) ORDER RE: REDUCTION OF SENTENCE |
|     v. | ) PURSUANT TO 18 U.S.C. § 3582(C)(2) FOR DEFENDANT HAROLD RAFFORD SANDILANDS (#154) |
| HAROLD RAFFORD SANDILANDS, | ) |
|     Defendant. | ) |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3582(c)(2) and § 1B1.10 of the sentencing guidelines that defendant's sentence of imprisonment shall be reduced from 168 months to 135 months. All other terms of defendant's Judgment and Commitment Order shall remain the same.

DATED: August 25, 2008

                                                HON. TERRY J. HATTER, JR.
                                                United States District Judge

Presented by:

_____/s/_____
STEPHANIE S. CHRISTENSEN
Assistant United States Attorney